Order entered December 3, 2012

005154



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00710-CV

### BAILEY'S FURNITURE, INC., Appellant

V.

### GRAHAM-RUTLEDGE & COMPANY, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC11-02523-J**

## ORDER

This case was originally filed in the trial court as DC10-09044. The trial court severed the cause against Bailey's Furniture, Inc., and ordered it be given a new trial court cause number. The new trial court cause number is DC11-02523-J.

Accordingly, we **DIRECT** the Clerk of the Court to change the trial court number in our records in this appeal from DC10-09044 to DC11-02523-J.

MOLLY FRANCIS
PRESIDING JUSTICE